UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GARRETT COTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:25-cv-00029-NT |
| | ) |
| MAINE DEPARTMENT OF CORRECTIONS and MOUNTAINVIEW CORRECTIONAL FACILITY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 4, 2025, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 9). The Magistrate Judge recommended that the complaint be dismissed unless the Plaintiff amended his complaint within fourteen days to allege an actionable claim against a proper defendant or defendants. Recommended Decision 5. The Plaintiff filed an objection to the Recommended Decision on April 14, 2025. Obj. to Ruling (ECF No. 10). He did not amend his complaint.

I have reviewed and considered the Recommended Decision and the Plaintiff's objection, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915 and 28 U.S.C. § 1915A, the Plaintiff's complaint is **DISMISSED**. SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 15th day of April, 2025.